UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

03-20795 CR-LENARD MAGISTRATE JUDGE
SIMONTON

18 U.S.C. §371
18 U.S.C. §1542

UNITED STATES OF AMERICA

vs.

JEREMY CHARLES DE WITTE
and
BRETT ELDON SOLOMON,

Defendants.
_____/



### INDICTMENT

The Grand Jury charges that:

### COUNT 1

From in or about March, 2003, to on or about May 5, 2003, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JEREMY CHARLES DE WITTE
and
BRETT ELDON SOLOMON,**

knowingly and willfully combined, conspired, and agreed with each other to commit an offense against the United States, that is, to make false statements in an application for a passport, with intent to induce and secure the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws; in violation of Title 18, United States Code, Section 1542.

## Purpose of Conspiracy

The purpose of the conspiracy was to enable JEREMY CHARLES DE WITTE to obtain and use a passport, bearing his photograph, but falsely identifying him as BRETT ELDON SOLOMON.

## Overt Acts

In furtherance of the conspiracy at least one of the conspirators committed at least one of the following overt acts:

1. In early March, 2003, defendant JEREMY CHARLES DE WITTE asked defendant BRETT ELDON SOLOMON for BRETT ELDON SOLOMON's personal identification information.

2. In early March, 2003, defendant BRETT ELDON SOLOMON provided defendant JEREMY CHARLES DE WITTE with his social security number, date of birth, place of birth, and birth certificate.

3. On or about March 25, 2003, defendant JEREMY CHARLES DE WITTE obtained a Florida driver's license bearing his photo and address but the name and driver's license number of BRETT ELDON SOLOMON.

4. On or about April 14, 2003, defendant JEREMY CHARLES DE WITTE applied for a United States passport using the name of BRETT ELDON SOLOMON.

5. On or about April 23, 2003, defendant JEREMY CHARLES DE WITTE traveled to Beirut, Lebanon using a passport bearing the name "BRETT ELDON SOLOMON".

6. On or about May 5, 2003, defendant JEREMY CHARLES DE WITTE re-entered the United States by using a passport bearing the name bearing the name "BRETT ELDON SOLOMON".

All in violation of Title 18, United States Code, Section 371.

2

## COUNT 2

On or about April 14, 2003, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JEREMY CHARLES DE WITTE,**

did knowingly and willfully make a false statement in an application for a passport, with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that the defendant submitted an application for a passport in which he claimed to be "Brett Eldon Solomon", when in truth and in fact, and as the defendant then knew, his name was not "Brett Eldon Solomon"; in violation of Title 18, United States Code, Section 1542.

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
FRANK H. TAMEN
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA      CASE NO. 03-20795 CR-LENARD MAGISTRATE JUDGE SIMONTON

vs.

**CERTIFICATE OF TRIAL ATTORNEY***

JEREMY CHARLES DE WITTE and
BRETT ELDON SOLOMON,

    **Defendants.**
_____ /

**Superseding Case Information:**

**Court Division:** (Select One)

| | | |
|---|---|---|
| **X** Miami | ___ Key West | |
| ___ FTL | ___ WPB | ___ FTP |

New Defendant(s)   Yes ___   No ___
Number of New Defendants   ___
Total number of counts   ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    **No**
   List language and/or dialect    **English**

4. This case will take  **2**  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                 (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | **X** | Petty | ___ |
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | **X** |
| V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)   **No**
If yes:
Judge: _____ Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No)   **No**
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No)   **No**

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ___ Yes  **X** No

8. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? ___ Yes  **X** No
If yes, was it pending in the Central Region? ___ Yes ___ No

9. Did this case originate in the Narcotics Section, Miami? ___ Yes  **X** No

                                                    _/s/ Frank H. Tamen_
                                                    FRANK H. TAMEN
                                                    ASSISTANT UNITED STATES ATTORNEY
                                                    Florida Bar No. 0261289

*Penalty Sheet(s) attached                                                     REV.7/11/03

[FILED BY ___ D.C. CLATUS BRADDOX CLERK U.S. DIST. CT. S.D. OF FL. - MIAMI 2003 SEP 25 PM 5:02]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: JEREMY CHARLES DE WITTE

Case No:

Count #: 1

Conspiring to Commit Offense Against United States

Title 18, United States Code, Section 371

* Max. Penalty: Five Years' Imprisonment

Count #: 2

False Statement in Application and Use of Passport

Title 18, United States Code, Section 1542

*Max. Penalty: Ten Years' Imprisonment

Count #: 3

*Max. Penalty:

Count #: 4

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

03-20795-CR-LENARD

MAGISTRATE JUDGE
SIMONTON

PENALTY SHEET

Defendant's Name: __BRETT ELDON SOLOMON__

Case No:

Count #: 1

   __Conspiring to Commit Offense Against United States__

   __Title 18, United States Code, Section 371__

* Max. Penalty:   __Five Years' Imprisonment__

Count #: 2



*Max. Penalty:

Count #: 3



*Max. Penalty:

Count #: 4



*Max. Penalty:




*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

FORM DBD-34
JUN. 85

No. 03-20795-CR-LENARD

MAGISTRATE JUDGE
SIMONTON

# UNITED STATES DISTRICT COURT

_____ Southern District of _Florida_ _____

_____ Division _____

## THE UNITED STATES OF AMERICA

vs.

**JEREMY CHARLES DE WITTE**
and
**BRETT ELDON SOLOMON**

## INDICTMENT

In violation of:
**18 U.S.C. §371
18 U.S.C. §1542**

02-03(MIA)

A true bill.

_____
Foreman

Filed in open court this _____ day
of _____ A.D. 2003.

_____

_____
Clerk

Bail, $ _____

Federal Grand Jury
Indictment Number